# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK, MELLON, et al., ) | Case No. 2:17-cv-01875-APG-CWH |
| Plaintiff, ) | |
| v. ) | |
| HIDDEN CANYON OWNERS ASSOCIATION, )<br>et al., ) | **ORDER** |
| Defendant. ) | |

Presently before the Court is the parties' join stipulation to stay proceedings (ECF No. 17), filed on September 18, 2017. The parties request an indefinite stay of all proceedings while they engage in settlement talks. The Court does not find good cause for a stay of indefinite length, but will issue a stay for a defined period.

IT IS THEREFORE ORDERED that the parties' stipulation to stay proceedings (ECF No. 17) is GRANTED in part. This case is STAYED until November 3, 2017. If the parties have not already submitted settlement documents by that time, they shall submit a joint status report on November 3, 2017 explaining whether a further stay is necessary, or if the parties will recommence litigation.

DATED: September 19, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1