ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HYB1, a New York corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>HIDDEN CANYON OWNERS ASSOCIATION, a Nevada corporation; ABSOLUTE COLLECTIONS SERVICES, LLC a Nevada limited liability company; DONALD PRICE, an individual; KIMBERLY MUSIC-PRICE, an individual; NATIONSTAR MORTGAGE, LLC, a limited liability company;<br><br>   Defendants. | **CASE NO.: 2:17-CV-01875-APG-CWH**<br><br>**STIPULATION AND ORDER TO DISMISS CASE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HYB1 (hereinafter "BNYM") and Defendant ABSOLUTE COLLECTIONS SERVICES, LLC (hereinafter "Defendant"), (collectively, the "Parties"), being the only parties appearing in this action, by and through their respective counsel of record, hereby stipulate for dismissal without

prejudice of the above-entitled action in its entirety. Each party agrees to bear its own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: August __15th_, 2018 | DATED: August _15th_, 2018 |
| ZIEVE, BRODNAX & STEELE, LLP | ABSOLUTE COLLECTION SERVICES, LLC |
| /s/ *Shadd A. Wade, Esq.* | /s/Shane Cox, Esq. |
| Shadd A. Wade, Esq. | Shane D. Cox, Esq. |
| Nevada Bar Number 11310 | Nevada Bar No. 13852 |
| 9435 West Russell Road, Suite 120 | 7485 W. Azure, Suite 129 |
| Las Vegas, NV 89148 | Las Vegas, NV 89130 |
| swade@zbslaw.com | Shane@absolute-collection.com |
| *Attorneys for Plaintiff The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWMBS INC., CHL Mortgage Pass-Through Trust 2006-HYB1, Mortgage Pass-Through Certificates, Series 2006-HYB1* | *Attorney for Defendant, Absolute Collections Services, LLC* |

**ORDER**

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that the case is hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 16, 2018.